UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　　　　　　　　　　Criminal No. 97-CR-50021-01

vs.　　　　　　　　　　　　　　　　　　　　　　HON. BERNARD A. FRIEDMAN

ERVIN JUNIUS THORNTON II,

    Defendant.
_____/

**ORDER TRANSFERRING DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT HIS SENTENCE TO THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT**

        Defendant has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence [docket entry 540]. In this motion, defendant asserts three claims of ineffective assistance of counsel. The instant motion appears to be a second or successive § 2255 motion, the first such motion having been filed on February 25, 2002 [docket entry 431]. A second or successive § 2255 motion "must be certified as provided in section 2244 by a panel of the appropriate court of appeals . . . ." 28 U.S.C. § 2255. When, as in this case, a second or successive § 2255 motion is filed without the required certification, the district court is required to transfer the motion to the court of appeals. *See In re Hanserd*, 123 F.3d 922, 934 (6th Cir. 1997). Accordingly,

        IT IS ORDERED that defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is hereby transferred to the United States Court of Appeals for the Sixth Circuit.

Dated: May 12, 2020　　　　　　　　　　　　s/Bernard A. Friedman
       Detroit, Michigan　　　　　　　　　　　BERNARD A. FRIEDMAN
　　　　　　　　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on May 12, 2020.

| | |
|---|---|
| Ervin Junius Thornton, II #19919-039<br>Coleman I<br>U.S. Penitentiary<br>Inmate Mail/Parcels<br>P.O. Box 1033<br>Coleman, FL 33521 | s/Johnetta M. Curry-Williams<br>Case Manager |